FILED

2017 DEC 28 PM 2:28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Filing # 63561464 E-Filed 10/31/2017 03:27:18 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICAL
CIRCUIT IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

CASE NO:

SHIRLEY BONAGURA,

    Plaintiff,

vs.

2:17-cv-722-FtM-99MRM

SAM'S EAST, INC. D/B/A SAM'S
CLUB #4857,

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, SHIRLEY BONAGURA, and sues Defendant, SAM'S EAST, INC. D/B/A SAM'S CLUB #4857 (hereinafter "SAM'S CLUB"), and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff, SHIRLEY BONAGURA, is a natural person residing in Lee County, Florida.

3. At all times material to this action, Defendant, SAM'S CLUB, is a Arkansas corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant, SAM'S CLUB, was the owner and in possession of that certain business located at 301 SW Pine Island, Cape Coral, Florida, said business being that of a retail store, open to the general public, including the Plaintiff, SHIRLEY BONAGURA, herein.

5. On or about June 10, 2015, Plaintiff, SHIRLEY BONAGURA, visited Defendant, SAM'S CLUB's, premises located at the above address.

6. At said time and place, Plaintiff, SHIRLEY BONAGURA, was a guest at the retail store, lawfully upon the premises of the Defendant, SAM'S CLUB, who owed Plaintiff a duty to exercise reasonable care for her safety.

7. At said time and place, Defendant, SAM'S CLUB, failed to inspect, maintain, and repair the roof allowing water to intrude into Defendant's premises.

8. At said time and place, Defendant breached its duty owed to Plaintiff, SHIRLEY BONAGURA, by committing one or more of the following omissions or commissions:

a) Negligently failing to maintain or adequately maintain the floor, thus creating a hazardous condition to members of the public utilizing said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently failing to inspect or adequately inspect the floor, as specified above, to ascertain whether the clear, transitory foreign substance constituted a hazard to pedestrians utilizing said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the floor, when Defendant knew or through the exercise of reasonable care should have known that said floor was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the floor on Defendant's premises, when said condition was either

known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

9. As a result, while Plaintiff, SHIRLEY BONAGURA, was visiting Defendant, SAM'S CLUB's, business, she slipped and fell on clear, transitory foreign substance, sustaining injuries as set forth.

10. As a direct and proximate result of the negligence of Defendant, SAM'S CLUB, Plaintiff, SHIRLEY BONAGURA, suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, SHIRLEY BONAGURA, sues the Defendant, SAM'S EAST, INC. D/B/A SAM'S CLUB #4857, for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

RESPECTFULLY submitted this 31 day of October, 2017

HEATH E. GELMAN, ESQUIRE
FBN: 163686
Morgan & Morgan
Post Office Box 9504
Fort Myers, FL 33906
Phone: (239) 433-6880
Attorneys for Plaintiff

3